UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civ. A. No. 25-0924 (DLF) |

## SECOND JOINT STATUS REPORT

Pursuant to the Court's July 3, 2025, Minute Order, the parties in this Freedom of Information Act ("FOIA") matter hereby provide the following Joint Status Report:

**A. Defendant's Report and Proposal**

1.  Defendant reports that its search for records potentially responsive to Plaintiff's FOIA request is complete.

2.  Defendant reports it is reviewing collected documents for responsiveness.

3.  Defendant proposes first production within 30 days of July 30th and a rolling 45-day production schedule following the first release.

4.  Defendant proposes that the Parties file a further Joint Status Report no later than September 30, 2025, to update the Court on the status of Defendant's processing of Plaintiff's FOIA request.

**B. Plaintiff's Report and Proposal**

5.  Plaintiff filed its complaint on March 28, 2025, ECF No. 1, regarding its February 21, 2025, Freedom of Information Act ("FOIA") request seeking agency records and

1

communications regarding Section 6(f) of the "Unleashing American Energy" Executive Order, which directed Defendant the Environmental Protection Agency ("EPA"), "in collaboration with the heads of any other relevant agencies," to assess the "legality and continuing applicability" of EPA's Endangerment Finding, which is EPA's 2009 foundational finding that greenhouse gases are air pollutants that endanger human health and welfare.

6. Plaintiff reports on a significant development that creates a particularly urgent need for the records sought in this matter. On July 29, 2025, EPA issued a proposal to rescind the Endangerment Finding.[1] This effort to repeal a core scientific finding threatens longstanding nationwide efforts to reduce air pollution and protect human health. Plaintiff urgently needs the records requested so that it can disseminate information regarding EPA's actions, to help inform public understanding of the proposal and facilitate the public's ability to meaningfully comment on the proposed rule.

7. Plaintiff reports that it is critical that Plaintiff receives a substantial production of records rapidly, ideally by August 18, 2025, in order to review and disseminate relevant information prior to scheduled public hearings. EPA is holding public hearings on its proposal on August 19 and August 20, and written public comments are due September 15, 2025.[2]

8. Plaintiff reports that Defendant failed to "provide a substantive update to Plaintiff by July 11th" as Defendant proposed in the June 30, 2025 Joint Status Report, and instead gave a partial update on July 16, 2025. The June 30 Report also stated that "[a]fter this [July 11] update, the parties will confer as to the scope of the FOIA request and Defendant's search for records as

---

[1] U.S. EPA, Proposed Rule: Reconsideration of 2009 Endangerment Finding and Greenhouse Gas Vehicle Standards (pre-publication version signed July 29, 2025), https://www.epa.gov/system/files/documents/2025-07/nprm-12712-01-oar-vehicle-rule-reg-preamble-2025-0729.pdf.
[2] U.S. EPA, Webpage: Proposed Rule: Reconsideration of 2009 Endangerment Finding and Greenhouse Gas Vehicle Standards (last updated July 30, 2025), https://www.epa.gov/regulations-emissions-vehicles-and-engines/proposed-rule-reconsideration-2009-endangerment-finding.

well as a production schedule for any responsive releasable records." Plaintiff reports that, despite reaching out for an update and meet and confer multiple times, Plaintiffs did not receive any communication from Defendant until the day before this joint status report was due.

9. In the June 30 Joint Status Report, Defendant reported that it had located 900 potentially responsive records and would continue searching and reviewing the results, while concurrently discussing with subject matter experts whether additional file locations or custodians should be searched in response to Plaintiff's FOIA request. ECF No. 14, ¶¶ 1-3. Plaintiff reports that, in Defendant's July 16 partial update, it was shared that Defendant had "reviewed about 200 records, and ha[d] found 'a handful' of potentially responsive records," which "still need to be reviewed further and possibly [are] subject to interagency consults."

10. Plaintiff respectfully requests that the Court prevent further delay in this matter and order Defendant to produce an initial batch of at least 250 pages of responsive records by August 14, 2025, produce a subsequent batch of at least 250 pages of responsive records by August 28, 2025, and produce all responsive records by September 11, 2025. Plaintiff requests that the Court order Defendant to produce a Vaughn index with the final production of records stating Defendant's justifications for any records withheld. Plaintiff further requests that the Court order the parties to file another Joint Status Report no later than August 30, 2025. This timeline will ensure that Plaintiff may review and disseminate the records prior to the public comment deadline on EPA's proposed action to rescind the Endangerment Finding. Plaintiff's proposed order is filed with this status report.

Dated: July 30, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Rebecca Glenn*
SAMANTHA R. CARAVELLO
  (Bar ID CO0080)
NATHANIEL H. HUNT
  (Bar ID CO0107)
REBECCA GLENN
  (Bar ID CO00134)
Kaplan Kirsch LLP
1675 Broadway, Suite 2300
Denver, CO  80202
Telephone: (303) 825-7000
E-mail: scaravello@kaplankirsch.com
           nhunt@kaplankirsch.com
           rglenn@kaplankirsch.com

ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th St NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

*Attorneys for Environmental Defense Fund*

 /s/ *Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND,

    Plaintiff,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

Civ. A. No. 25-0924 (DLF)

**[PLAINTIFF'S PROPOSED] ORDER**

Upon consideration of the parties' July 30, 2025 Second Joint Status Report, it is hereby ORDERED:

1. Defendant shall produce an initial batch of at least 250 pages of responsive records by August 14, 2025, unless the total number of responsive records is less than 250 pages, in which case, Defendant shall produce all pages of responsive records by August 14, 2025.

2. If the total number of pages of responsive records exceeds 250 pages, Defendant shall produce a subsequent batch of at least 250 pages of responsive records by August 28, 2025, unless the number of additional responsive records is less than 250 pages, in which case, Defendant shall produce all remaining pages of responsive records by August 28, 2025.

3. Defendant shall produce any remaining responsive records beyond the first 500 pages in a third, final batch by September 11, 2025.

4. Defendant shall produce a Vaughn index with the final production of records stating Defendant's justifications for any records withheld.

5. The parties shall file a Joint Status Report updating the Court on the status of Defendant's processing of Plaintiff's FOIA request no later than August 30, 2025.

SO ORDERED.

Dated

DABNEY L. FRIEDRICH
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      Defendant. | Civ. A. No. 25-0924 (DLF) |

## [DEFENDANT'S PROPOSED] ORDER

Upon consideration of the parties' July 30, 2025, Second Joint Status Report, it is hereby ORDERED:

1. Defendant shall make its first interim production of records on or before August 29, 2025, and produce records thereafter every forty-five (45) days until such time as the production of all responsive records is complete.

2. The parties shall file a Joint Status Report updating the Court on the status of Defendant's processing of Plaintiff's FOIA request no later than September 30, 2025, and every sixty days thereafter

SO ORDERED.

_____  
Dated

_____  
DABNEY L. FRIEDRICH  
United States District Judge